the charge of the trial court are disregarded because no substantial right of the plaintiff has been affected thereby. (Civ. Prac. Act, § 106.)

ABRAHAM FERBER, Appellant, v. SCHENECTADY RAILWAY COMPANY, Respondent. ROSE FERBER, as Guardian ad Litem of ROBERT FERBER, an Infant, Appellant, v. SCHENECTADY RAILWAY COMPANY, Respondent.— Judgments and orders unanimously affirmed, with costs in one action.

SIDNEY GERBER, Appellant, v. RALPH S. ROBINSON, Respondent.— Order unanimously affirmed, with costs.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of GEORGE H. WITHERELL, JR., Executor, etc., of LORENDA S. KING, Deceased.— Ordered that matter be referred to Hon. A. V. S. Cochrane, official referee, to take further testimony on the issues raised by the account and the objections thereto, pursuant to section 309 of the Surrogate's Court Act, and report the same to this court with his opinion thereon.

GENEVIEVE KRAWCZYK, Appellant, v. H. S. BARNEY COMPANY, INC., Respondent. JAMES I. KRAWCZYK, Appellant, v. H. S. BARNEY COMPANY, INC., Respondent.— Orders reversed on the law and the facts, with costs in one action, and the verdicts reinstated.■ All concur, except Van Kirk, P. J., and Hinman, J., who dissent and vote for affirmance on the ground that they are discretionary orders; there were no permanent injuries, and the verdicts were excessive.

COLICE BAKER, Respondent, v. LELAND F. FOOTE, Appellant, Impleaded with Another.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of Ader v. Blau (241 N. Y. 7.) All concur.

FRED E. WARNER, Appellant, v. AMELIA WARNER, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRED E. WARNER, Appellant, v. AMELIA WARNER, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

SADIE L. SHAPIRO, Respondent, v. HENRY W. SIEGEL and SOL SIEGEL, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

EMILY M. RAPP TOWNSEND, Respondent, v. ROBERT T. TOWNSEND, Appellant. — Order reversed on the law and the facts without prejudice to the right of plaintiff to renew the application. All concur.

ALFRED S. PEPPER and RICHARD MOORE, Respondents, v. AMERICAN AND FOREIGN SHARE CORPORATION and GEORGE R. COOLEY, Appellants.— Orders unanimously affirmed, with ten dollars costs and disbursements in one appeal.

In the Matter of the Application of OVERSEAS SECURITIES CO., INC., for a Certiorari Order against JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not sitting.

HOWELL, MACARTHUR & WIGGIN, INC., Respondent, v. MAURICE WEINBERG and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not sitting.